AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AXCESS GLOBAL SCIENCES, LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:23-cv-61429-AHS | |
| TETIANA UDOVYTSKA dba GREATNESSFROMTHEUS dba VITALENA NATURE, and MARYNA STEBLIANKO dba SMART ORIGINS dba VITALENA NATURE, | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maryna Steblianko
2375 NE 173rd Str., Apt B305
North Miami Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Matulis
MATULIS IP LAW
Chase Professional Park
10906 Sheldon Road
Tampa, FL  33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: Jul 27, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Cubic
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC,<br><br>*Plaintiff(s)*<br>v.<br>TETIANA UDOVYTSKA dba GREATNESSFROMTHEUS dba VITALENA NATURE, and MARYNA STEBLIANKO dba SMART ORIGINS dba VITALENA NATURE,<br>*Defendant(s)* | Civil Action No. 0:23-cv-61429-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tetiana Udovytska
1000 Parkview Dr., Apt. 201
Hallandale, FL  33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Matulis
MATULIS IP LAW
Chase Professional Park
10906 Sheldon Road
Tampa, FL  33626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Cubic
Deputy Clerk
U.S. District Courts